Paolino, J. did not participate. *Leonard A. Kamaras,* for plaintiff. *Joseph A. Capineri,* for defendant.

October 21, 1976.

M. P. Nos. 76-228, 229. EUGENE FOUNTAINE *v.* JAMES W. MULLEN, *Warden.* DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Motion of respondent for further transcript is granted and petitioner is directed to file the transcripts of proceedings of April 28, 1976 and May 21, 1976. Bevilacqua, C.J. did not participate. *Raymond J. Daniels,* for Eugene Fountaine, *William J. Burke,* for Dennis A. Souza, petitioners. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-318. CHARLES E. MALONEY *v.* HUGH HULSLANDER *et al.* Petition for writ of certiorari granted and the petition shall issue forthwith. This case is consolidated with the case of *Fireman's Fund Insurance Co.* v. *Lola-Jane McAlpine, Administratrix,* No. 76-295, for briefs and oral argument. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* for plaintiff-respondent. *Macioci and Grimm, E. Paul Grimm,* for defendant-petitioner Hugh Hulslander.

M. P. No. 76-319. EDWARD W. WUJCIK, JR. *v.* SCHOOL COMMITTEE OF TOWN OF WARREN *et al.* Petition for writ of certiorari is granted. *Natale L. Urso,* for petitioner. *Vincent J. Piccirilli,* for respondent.

M. P. No. 76-388. STATE *v.* ARAM K. BERBERIAN. Petition for writ of habeas corpus granted and the writ shall issue forthwith. Motion of defendant for stay of sentence is granted pending further order of this court. The defendant is directed to docket his appeal of the denial of his motion under Super. R. Crim. P. 35, as soon as possible. The habeas corpus petition and the appeal are specially assigned to the calendar for December 10, 1976 for oral argument. The brief of the defendant shall be filed on or before November 19, 1976 and the brief